≋AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ELIZABETH M. BARROS |
| Date | Signature |
| | Print Name                                   Bar Number |
| | Address |
| | City            State            Zip Code |
| | Phone Number                              Fax Number |

1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Ricardo Cortez-Renteria

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE LOUISA S. PORTER)**

11 | UNITED STATES OF AMERICA,         )   Case No. 08MJ2377
                                       )
12 |          Plaintiff,                )
                                       )
13 | v.                                 )   **CERTIFICATE OF SERVICE**
                                       )
14 | RICARDO CORTEZ-RENTERIA,           )
                                       )
15 |          Defendant.                )
   |_____  )
16

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
19

20                                     Respectfully submitted,

21

22 DATED:     August 14, 2008          /s/ Elizabeth M. Barros
                                       **ELIZABETH M. BARROS**
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Ricardo Cortez-Renteria