FILED
08 AUG 20 PM 4:33
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08 CR 2780 H |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| RICARDO CORTEZ-RENTERIA, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about July 30, 2008, within the Southern District of California, defendant RICARDO CORTEZ-RENTERIA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

FAS:fer:San Diego
8/18/08

It is further alleged that defendant RICARDO CORTEZ-RENTERIA was removed from the United States subsequent to February 1, 1999.

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
FRED SHEPPARD
Assistant U.S. Attorney